UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JODY YOUSIF,

    Plaintiff,

v.                              CASE NO.: 8:12-cv-124-T-23MAP

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.
_____/

## **ORDER**

On June 6, 2013, Magistrate Judge Mark A. Pizzo issued a report (Doc. 24) recommending the denial of the plaintiff's motion (Doc. 23) for leave to appeal *in forma pauperis*. The plaintiff objects. (Doc. 25)

The plaintiff's objection (Doc. 25) is **OVERRULED**, the report and recommendation (Doc. 24) is **ADOPTED**, and the plaintiff's motion (Doc. 23) for leave to appeal *in forma pauperis* is **DENIED**.

ORDERED in Tampa, Florida, on June 25, 2013.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE